# UNITED STATE DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

## CASE NO. 21-80065-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**LEO ANTHONY FENTON**,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge [ECF No. 46]. On June 22, 2021, Magistrate Judge Bruce Reinhart held a Change of Plea hearing and thereafter issued a Report and Recommendation [ECF No. 56]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 56] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Leo Anthony Fenton as to Count Twelve of the Indictment is **ACCEPTED**;

3. Defendant Leo Anthony Fenton is adjudicated guilty of Count Twelve of the Indictment, which charges him with attempted reentry after deportation for an aggravated felony, in violation of Title 8, United States Code, Sections 1326(a), and 1326(b)(2).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 11th day of July 2021.

                                                **AILEEN M. CANNON**
                                           **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record